# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. LUNA, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HAMSPHIRE BALL BEARINGS, INC.; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-10755-AB-JC<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF AWARD OF ATTORNEY'S FEES AND COSTS AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT AT FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

# ORDER

This matter has come before the Court on the unopposed motion by Plaintiff JOSE L. LUNA ("Plaintiff"), on behalf of himself and all other similarly situated employees of Defendant NEW HAMSPHIRE BALL BEARINGS, INC. ("Defendant") (collectively, "the Parties") for entry of an Order awarding the requested attorney's fees and reasonable litigation costs to Plaintiff's Counsel as Class Counsel, and awarding the requested Class Representative Enhancement Payment to Plaintiff, as addressed in detail in the Parties' First Amended Joint Stipulation for Class Action Settlement and Release ("Settlement" or "Settlement Agreement").

The Motion for Approval of Award of Attorney's Fees and Costs and Class Representative Enhancement Payment at Final Approval of Class Action Settlement ("Motion for Fees and Costs") was heard with Plaintiff's concurrently filed Motion for Final Approval of Class Action Settlement ("Motion for Final Approval"). The Settlement Agreement was provided at Exhibit A to Class Counsel's declaration in support of Plaintiff's Motion for Preliminary Approval. ECF No. 146-2, Exhibit A.

The Court preliminarily approved the Parties' Settlement and their proposed resolution of Plaintiff's class and representative claims on behalf of the Class Members ("the Settlement Class Members") on April 10, 2024, and entered an Order Granting Preliminary Approval to the Settlement Agreement, setting the final approval hearing for September 27, 2024. ECF No. 148.

Plaintiff, without opposition from Defendant, requests final approval of the Settlement Agreement awarding Class Counsel reasonable attorney's fees totalling $650,000.00, which is 33 1/3% of the Gross Settlement Fund of $1,950,000.00, reimbursement of reasonable litigation costs to Class Counsel in the amount of $29,781.18, and awarding Plaintiff $15,000.00 as a Class Representative Enhancement Payment for his dedicated efforts on behalf of the Class Members.

Having considered the Notice of Motion and Unopposed Motion for Fees and Costs, the Memorandum of Points and Authorities, and the Declarations of Darren M. Cohen, Madely Nava, and Plaintiff Jose L. Luna, along with the Settlement Agreement, and having considered all submissions and arguments by Counsel, including for this Motion for Fees and Costs and the Motion for Final Approval, the Court grants Plaintiff's request for attorney's fees, litigation costs, and class representative enhancement and **IT IS HEREBY ORDERED THAT**:

1. Pursuant to the Settlement, preliminarily approved Class Counsel, Darren M. Cohen of Kingsley & Kingsley, APC, have incurred and will incur reasonable litigation costs and attorney's fees in this action and are hereby awarded, upon distribution following final approval, attorney's fees in the amount of $650,000.00, which is 33 1/3% of the Gross Settlement Fund of $1,950,000.00.

2. The Settlement provides for up to $30,000.00 in reimbursement of reasonable litigation costs to Class Counsel, which reports it has incurred $29,781.18 through final approval. The Court accordingly awards Class Counsel $29,781.18 for reimbursement of its costs.

3. The Court further approves a Class Representative Enhancement Payment of $15,000.00 to Class Representative, Jose L. Luna, for initiating this action, for the work he has performed, and for risks he has undertaken in this matter.

**IT IS SO ORDERED.**

Dated: December 19, 2024

_____
Hon. André Birotte Jr.
United States District Judge