**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. LUNA, an individual, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>NEW HAMPSHIRE BALL BEARINGS, INC.; and DOES 1-50, INCLUSIVE,<br><br>            Defendants. | Case No. 2:18-cv-10755-AB-JC<br><br>**FINAL JUDGMENT** |

# JUDGMENT

Plaintiff JOSE L. LUNA'S Motion for Final Approval of Class Action Settlement and Judgment and Motion for Approval of Award of Attorney's Fees and Costs and Class Representative Enhancement Payment at Final Approval of Class Action Settlement came for hearing on September 27, 2024 in the above-captioned Court, the Honorable André Birotte, Jr. presiding. The Court having previously granted preliminary approval of the Settlement on April 10, 2024, the Parties having fully briefed the issues regarding final approval and awards of attorney's fees, reimbursement of litigation expenses, and service enhancement payment, the cause having been heard, and the Court having granted final approval of the First Amended Joint Stipulation of Settlement Between Plaintiff and Defendant ("Settlement" or "Settlement Agreement") and having granted the Motion for Final Approval of Class Action Settlement and Judgment on December 18, 2024 and Motion for Approval of Award of Attorney's Fees and Costs and Class Representative Enhancement Payment and Final Approval of Class Action Settlement on December 19, 2024.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Court having entered an order granting Final Approval of this Settlement hereby enters FINAL JUDGMENT of the Class Action and Private Attorney General Act settlement.

2. The Parties shall bear their own costs and attorney's fees, except as otherwise provided in by the Settlement Agreement, the Final Approval Order, and the Attorney's Fees and Costs and Class Representative Enhancement Payment Order.

3. Plaintiff, each Class Member, and each PAGA Member has released the Released Claims against Defendant and all of the Released Parties as set forth in the Settlement Agreement.

SMRH:4936-1346-8683.3

4. This document shall constitute a Final Judgment for the purposes of Fed. R. Civ. P. Rule 58. This Judgment is intended to be a final disposition of the above captioned action in its entirety.

5. Judgment is entered approving the terms of the Settlement.

6. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: January 8, 2025

HONORABLE ANDRÉ BIROTTE, JR.
U.S. DISTRICT COURT JUDGE

SMRH:4936-1346-8683.3